# CRIMINAL CASE COVER SHEET

**U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**

City **Oxford**

County **Lafayette**

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number **3:19-cr-65; 4:19-cr-93; 4:19-cr-141; 4:19-cr-124; 3:20-cr-55**

**Defendant Information:**

Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name **Dillon Heffker**

Alias Name **"Hardhead"**

Address **Harrison County, MS ( MDOC parole -absconded)**

DOB **1990** SS# **\*\*\*-\*\*-8728** Sex **M** Race **W** Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **4**   ☐ Petty ☐ Misdemeanor ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18.1962.F** | RICO - conspiracy | 1 |
| Set 2 **18.1959.F** | Racketeering - Murder | 2 |
| Set 3 **21.846.F** | Conspiracy to distribute controlled substance | 3 |
| Set 4 **18.1956.F** | Money Laundering-controlled substance | 4 |

**U.S. Attorney Information:** AUSA **Samuel R. Stringfellow**   Bar # **105587**

Date: **2/15/2022**   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   3:22 cr 8

RECEIVED FEB 16 2022