**CRIMINAL CASE COVER SHEET**           **U.S. DISTRICT COURT**
         **Complete entire form**

**Place of Offense:**

City <u>Oxford</u>

County <u>Lafayette</u>

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number <u>3:19-cr-65; 4:19-cr-93; 4:19-cr-141; 4:19-cr-124; 3:20-cr-55</u>

**Defendant Information:**

Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name <u>Douglas Jones</u>

Alias Name <u>"White Baby"; "Jocko", "White Boy"</u>

Address <u>MDOC</u>

DOB <u>1988</u> SS# <u>***-**-8578</u> Sex <u>M</u> Race <u>W</u> Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts <u>5</u>    ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 <u>18.1962.F</u> | RICO - conspiracy | 1 |
| Set 2 <u>21.846.F</u> | Conspiracy to Distribute Controlled Substance | 3 |
| Set 3 <u>18.1956.F</u> | Money Laundering - controlled substance | 4 |
| Set 4 _____ | **see attached page 2 ** | _____ |

**U.S. Attorney Information:** AUSA <u>Samuel R. Stringfellow</u>    Bar # <u>105587</u>

Date: <u>2/15/2022</u>    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)    3:22 cr 8

*Received FEB 16 2022*

**CRIMINAL CASE COVER SHEET**                                    **U.S. DISTRICT COURT**

**DOUGLAS JONES**
Page Two

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| 18.1959-7471.F | Attempted Murder in Aid of Racketeering | 5 |
| 18.1959-1600.F | Assault in Aid of Racketeering | 6 |