# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:22CR008-MPM-RP**

**LOCATION HELD: OXFORD CR 3W**

**UNITED STATES OF AMERICA V. ALLEN POSEY, JEREMY HOLCOMBE, HANK CHAPMAN, JASON HAYDEN, JUSTIN SHAW, CHANCY BILBO, DILLON HEFFKER AND SAMUEL CONWILL**

**DATE & TIME BEGUN: 03/04/22 @     1:00 p.m.**

**DATE & TIME ENDED: 03/04/22 @     1:53 p.m.**

**TOTAL TIME:  53 minutes**

**PRESENT:**

**HONORABLE ROY PERCY, U. S. MAGISTRATE JUDGE**

| Rebekah Capps | Digital Recording |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**        **ATTORNEY(S) FOR DEFENDANT(S):**

   Sam Stringfellow

**PROCEEDINGS: Initial Appearance on Indictment**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. Defendants without a singed financial affidavit were sworn to financial status on the record. Court appointed Federal Public Defender as counsel for each defendant. Government requested that defendants be detained pending trial. Arraignment and detention hearings will be set before Magistrate Judge Roy Percy to be held in Oxford, MS on Wednesday, March 9, 2022. Defendant Justin Shaw and Dillon Heffker will be set for 11:00 a.m.; Samuel Conwill, Allen Posey and Chancy Bilbo will be set for 1:00 p.m.; Hank Chapman, Jason Hayden and Jeremy Holcombe will be set for 3:00 p.m. Defendants remanded to custody of U.S. Marshal.

**DAVID CREWS, CLERK**

/s/ Rebekah Capps
Courtroom Deputy