03/10/2022 THU 11:45 FAX 662 369 2470 Monroe County Sheriff ☒001/001
To: 6623692470   From: Marcia Jackson   3/10/2022 8:48:19 AM   p. 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                         NO.: 3:22-CR-008-MPM-RP-15

DILLON HEFFKER, et al.

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed. R. Crim. P. 10(b), Dillon Heffker, defendant in the above styled and numbered cause, hereby waives appearance at the arraignment and enters a plea of "not guilty" to all counts and to any and all other charges contained in the Indictment. The defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment and maximum statutory penalties, with Goodloe Lewis, his attorney.

Defendant further waives his right to a detention hearing at this time, but reserves his right to request a detention hearing at a later date, if warranted.

This the 10 day of March, 2022.

_____        _____
DILLON HEFFKER, DEFENDANT              GOODLOE T. LEWIS, MSB #9889
                                       ATTORNEY FOR DEFENDANT

ACCEPTED BY THE COURT this, the 10th day of March, 2022.

_____
U.S. MAGISTRATE JUDGE