AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
MAR 0 4 2022
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

U.S. MARSHALS
NORTHERN DISTRICT OF MISSISSIPPI
2022 FEB 17 PM 1: 12
RECEIVED

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

United States of America
v.

DILLON HEFFKER, a/k/a Hardhead
*Defendant*

Case No. 3:22CR8

2242-0217-1015-J

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DILLON HEFFKER, a/k/a Hardhead,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

RICO CONSPIRACY

Date: 02/17/2022

*Issuing officer's signature*
Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2-17-2022, and the person was arrested on *(date)* 3-3-2022
at *(city and state)* SAULIN, MS.

Date: 3-3-2022

*Arresting officer's signature*

Shane Lynes
*Printed name and title*